IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER RUSSELL, <br> #01394-120, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF JAY JONES, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CASE NO. 3:20-CV-1060-WHA-SMD <br> ) <br> ) <br> ) <br> ) |

### **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on May 4, 2021. Doc. 11. There being no timely objection filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the Court and to prosecute this action.

Final Judgment will be entered separately.

Done, this 28th day of May 2021.

           /s/   W. Harold Albritton
           W. HAROLD ALBRITTON
           SENIOR UNITED STATES DISTRICT JUDGE